# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, THOMAS W. CORBETT, JR., GOVERNOR,** : : : | ELECTRONICALLY FILED |
| Plaintiff, : | |
| v. : : | Civil Action No.: **1:13-cv-000060-YK** |
| **THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** : : | (THE HONORABLE YVETTE KANE) |
| Defendant. : | |

## <u>DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

Defendant The National Collegiate Athletic Association ("NCAA") moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed in the above-captioned matter. For the reasons set forth in the NCAA's accompanying Memorandum of Law in Support of Motion to Dismiss, which will be filed pursuant to Local Rule 7.5, the NCAA respectfully asks this Court to dismiss the Complaint with prejudice, tax all costs to Plaintiff, and provide all other just and proper relief.

Date:   February 7, 2013                    Respectfully submitted,

/s/Thomas W. Scott
Thomas W. Scott (PA No. 15681)
KILLIAN & GEPHART, LLP
218 Pine Street
P.O. Box 886
Harrisburg, PA  17108-0886
Telephone: (717) 232-1851
Facsimile:  (717) 238-0592
tscott@killiangephart.com

| | |
|---|---|
| Gregory L. Curtner, *PHV pending* | Everett C. Johnson, Jr., *PHV pending* |
| Kimberly K. Kefalas, *PHV pending* | J. Scott Ballenger, *PHV pending* |
| SCHIFF HARDIN LLP | Roman Martinez, *PHV pending* |
| 350 South Main Street, Suite 210 | LATHAM & WATKINS, LLP |
| Ann Arbor, MI 48104 | 555 Eleventh Street, NW, Suite 1000 |
| Telephone: (734) 222-1500 | Washington, DC  20004-1304 |
| Facsimile: (734) 222-1501 | Telephone:  (202) 637-2200 |
| gcurtner@schiffhardin.com | Facsimile:  (202) 637-2201 |
| | everett.johnson@lw.com |
| | scott.ballenger@lw.com |

*Attorneys for Defendant*
*The National Collegiate Athletic Association*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, THOMAS W. CORBETT, JR., GOVERNOR,** | : ELECTRONICALLY FILED : : : |
| Plaintiff, | : |
| **v.** | : Civil Action No.: **1:13-cv-000060-YK** |
| **THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | : : : |
| Defendant. | : (THE HONORABLE YVETTE : KANE) |

## CERTIFICATE ON NON-CONCURRENCE

Defendant has sought concurrence from Plaintiff's counsel with regard to Defendant's Motion to Dismiss the Complaint. Plaintiff's counsel does not concur.

Date:  February 7, 2013               Respectfully submitted,

/s/Thomas W. Scott
Thomas W. Scott (PA No. 15681)
KILLIAN & GEPHART, LLP
218 Pine Street
P.O. Box 886
Harrisburg, PA  17108-0886
Telephone: (717) 232-1851
Facsimile:  (717) 238-0592
tscott@killiangephart.com

<div style="display: flex;">

Gregory L. Curtner, *PHV pending*
Kimberly K. Kefalas, *PHV pending*
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
gcurtner@schiffhardin.com

Everett C. Johnson, Jr., *PHV pending*
J. Scott Ballenger, *PHV pending*
Roman Martinez, *PHV pending*
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
everett.johnson@lw.com
scott.ballenger@lw.com

*Attorneys for Defendant
The National Collegiate Athletic
Association*

</div>

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, THOMAS W. CORBETT, JR., GOVERNOR,** | : : : : | ELECTRONICALLY FILED |
| Plaintiff, | : | |
| **v.** | : : | Civil Action No.: **1:13-cv-000060-YK** |
| **THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | : : | (THE HONORABLE YVETTE |
| Defendant. | : | KANE ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am this day serving a copy of Defendant's Motion to Dismiss and the Certificate of Non-Concurrence upon the persons and in the manner indicated on the attached Service List.

Date:  February 7, 2013              /s/Thomas W. Scott
　　　　　　　　　　　　　　　　　Thomas W. Scott (PA No. 15681)
　　　　　　　　　　　　　　　　　KILLIAN & GEPHART, LLP
　　　　　　　　　　　　　　　　　218 Pine Street
　　　　　　　　　　　　　　　　　P.O. Box 886
　　　　　　　　　　　　　　　　　Harrisburg, PA  17108-0886
　　　　　　　　　　　　　　　　　Telephone: (717) 232-1851
　　　　　　　　　　　　　　　　　Facsimile:  (717) 238-0592
　　　　　　　　　　　　　　　　　tscott@killiangephart.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　*The National Collegiate Athletic Association*

## SERVICE LIST

| | |
|---|---|
| James D. Schultz, General Counsel<br>Governor's Office of General Counsel<br>Commonwealth of Pennsylvania<br>333 Market Street, 17th Floor<br>Harrisburg, PA  17101<br>TEL: (717) 783-6563<br>FAX:  (717) 787-1448<br>jamschultz@pa.gov | *First Class U.S. Mail,*<br>*Postage Prepaid* |
| Jarad W. Handelman, Executive Deputy General Counsel<br>Governor's Office of General Counsel<br>Commonwealth of Pennsylvania<br>333 Market Street, 17th Floor<br>Harrisburg, PA  17101<br>TEL: (717) 783-6563<br>FAX:  (717) 787-1448<br>jhandelman@pa.gov | *Electronic Filing* |
| Melissa H. Maxman, Esquire<br>COZEN O'CONNOR<br>1627 I Street, N.W., Suite 1100<br>Washington, DC  20006<br>TEL:  (202) 912-4800<br>FAX:  (202) 640-5520<br>mmaxman@cozen.com | *Electronic Filing* |
| Ronald F. Wick<br>COZEN O'CONNOR<br>1627 I Street, NW, Suite 1100<br>Washington, DC  20006-4007<br>TEL:  (202) 912-4800 | *First Class U.S. Mail,*<br>*Postage Prepaid* |